**DISMISS and Opinion Filed September 30, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-24-00182-CV**
_____

**IN THE INTEREST OF M.G.M., A CHILD**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-19069**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Reichek

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by August 10, 2024. By postcard dated August 13, 2024, we informed appellant the brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Amanda L. Reichek/

AMANDA L. REICHEK
JUSTICE

240182F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.G.M., A
CHILD

No. 05-24-00182-CV

On Appeal from the 303rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-20-19069.
Opinion delivered by Justice
Reichek. Justices Nowell and Carlyle
participating.


In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.


Judgment entered September 30, 2024